ANNA V. PICKARD et al., Appellants, *v.* F. W. WOOLWORTH COMPANY et al., Respondents.

Argued May 15, 1939; decided May 31, 1939.

*Theodore Kiendl* and *Harold W. Bissell* for appellants

*Raymond J. Scully, William B. Davis* and *E. C. Sherwood* for F. W. Woolworth Company, respondent.

*Kenneth Brooks Low* for Mason & Parker Manufacturing Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.